## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| AARON LEE SOUIRI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. CIV-26-872-R |
| | ) | |
| WILLIAM RANKINS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Petitioner, a state prisoner, filed this action pursuant to 28 U.S.C. § 2254 seeking habeas relief. In a prior order, the Court stated its intent to transfer this action to the Northern District of Oklahoma, but gave Petitioner an opportunity to file a response. Petitioner filed a response [Doc. No. 7] indicating that he is concerned about "fraternization" between judicial actors and the length of time its takes for cases to be adjudicated. Petitioner has not presented any persuasive argument that weighs against transfer and his concerns are not sufficient to overcome the "longstanding policy favoring transferring habeas actions to the district of conviction." *Manning v. Oklahoma*, No. CIV-13-0990-HE, 2013 WL 5923721, at *1 (W.D. Okla. Nov. 1, 2013).

Accordingly, for the reasons stated in the prior order, this action is transferred to the United States District Court for the Northern District of Oklahoma for all further proceedings.

IT IS SO ORDERED this 12th day of May, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE